UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 98-106 L

PHIL TOWNS :

MOTION FOR SENTENCE REDUCTION
PURSUANT TO 18 U.S.C. § 3582( c )(2)
AND U.S.S.G. §§ 1B1.10, 2D1.1

NOW comes the defendant, Phil Towns, and moves that this Honorable Court reduce his sentence pursuant to the provisions of 18 U.S.C. § 358( c )(2) and U.S.S.G. §§ 1B1.10 and 2D1.1. In further support of this motion, the defendant hereby incorporates by reference the attached memorandum of law in support of motion for sentence reduction.

Phil Towns,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Lou Matos, FAUSA and on Dennis Jenkins, SUSPO on the 25th day of February, 2008.

/s/ Edward C. Roy, Esquire

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 98-106 L

PHIL TOWNS :

MEMORANDUM OF LAW IN SUPPORT OF
MOTION FOR SENTENCE REDUCTION
PURSUANT TO 18 U.S.C. § 3582( c )(2)
AND U.S.S.G. §§ 1B1.10, 2D1.1

The defendant, Phil Towns, and moves that this Honorable Court reduce his sentence pursuant to the provisions of 18 U.S.C. § 358( c )(2) and U.S.S.G. §§ 1B1.10 and 2D1.1. In further support of this motion, the defendant states that:

1. On April 30, 1999, he was sentenced to a term of 121 months imprisonment after having pled guilty to a charge of conspiracy to possess with intent to distribute over 50 grams of cocaine base, to wit: 78.89 grams of cocaine base.

2. Based on amendments to the United States Sentencing Guidelines, the defendant is eligible for a one months reduction in his sentence to the mandatory minimum sentence of 120 months.

PHIL TOWNS,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Lou Matos FAUSA and on Dennis Jenkins, SUSPO on the 25th day of February, 2008.

/s/ Edward C. Roy, Esquire